No. 8,991.

DENNIS P. HINCHEY, *Appellee,* V. WILLIAM STARRETT
    et al. (WILLIAM STARRETT, *Appellant*).

OPINION ON REHEARING.

Appeal from Shawnee district court, division No. 1;
ALSTON W. DANA, judge. Opinion on rehearing filed
June 6, 1914. Third syllabus of original opinion modi-
fied. (For original opinion of affirmance see 91 Kan.
181, 137 Pac. 81.)

*C. W. Burch,* and *B. I. Litowich,* both of Salina, for
the appellant.

*Lee Monroe,* of Topeka, and *W. S. Roark,* of Junction
City, for the appellee.

The opinion of the court was delivered by

WEST, J.: It is insisted that the measure of damages
is the difference between the value of the land and
$1600, the sum at which it was to be taken off the
plaintiff's hands, instead of the difference between the
value of the land and the value of the car—on the theory
that the plaintiff is entitled to the benefit of his bargain.
Had the land been as represented its value might have
been much more than the price fixed for the car, but
the plaintiff can at most claim nothing beyond the dif-
ference between such price and the value of the land,
and hence, as said in the former opinion, the rule in
*Speed v. Hollingsworth,* 54 Kan. 436, 38 Pac. 496, that
the measure is the difference between the actual and
the represented value of the land is not so directly ap-
plicable as to be controlling. But upon full considera-
tion the court is not disposed to depart from the rule
often announced and recently reaffirmed, that the plain-
tiff is entitled to the benefit of his bargain. (*Speed v.
Hollingsworth,* 54 Kan. 436, 38 Pac. 496; *George v.
Lane,* 80 Kan. 94, 102 Pac. 55; *McDanel v. Whalen,* 91

Kan. 488, 138 Pac. 590; *Epp v. Hinton,* 91 Kan. 513, 516, 138 Pac. 576; *Page v. Pierce,* ante, p. 149, 139 Pac. 1173.) Hence, in this case, after accounting for whatever else of value he received in the transaction, the measure of the plaintiff's damages is the difference between the value of the land and the sum for which it was to be taken off his hands, which was also the price of the car, $1600.

The third paragraph of the syllabus is modified accordingly.